IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DANIEL BELL,
ADC #140330                                                                    PLAINTIFF

v.                                    2:09CV00084HLJ

D. RAMESY, et al.                                                              DEFENDANTS

<u>ORDER</u>

By Order dated July 8, 2009 (DE #3), this Court granted plaintiff's application to proceed <u>in forma</u> <u>pauperis</u> in this action filed pursuant to 42 U.S.C. § 1983.  However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days. Plaintiff has now submitted an amended complaint (DE #5). . Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate for defendants Ramesy and Harmon.   Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants D. Ramesy and Greg Harmon.   The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE #5) and summons on defendants <u>in care of</u> the Arkansas Board of Correction and Community Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 11th day of August, 2009.

_Henry L. Jones, Jr._
United States Magistrate Judge