## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**DANIEL BELL,**
**ADC #140330**                                                                                    **PLAINTIFF**

v.                                    2:09CV00084BSM/HLJ

**D. RAMSEY, et al.**                                                                    **DEFENDANTS**

### ORDER

The court has received the proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After a review of those proposed findings and recommendations, the court adopts them in their entirety.

Accordingly, defendant P. Hill is DISMISSED from plaintiff's complaint for failure to state a claim.

IT IS SO ORDERED this 8th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE