IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DANIEL BELL,
ADC #140330                                                                                          PLAINTIFF

v.                                            2:09CV00084HLJ

D. RAMSEY, et al.                                                                              DEFENDANTS

## ORDER

Plaintiff's motion for discovery (DE #22) shall be re-docketed as a request for discovery from the defendants.

IT IS SO ORDERED this 4th day of November, 2009.

_____
United States Magistrate Judge