IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

DANIEL BELL,
ADC #140330                                                                                                    PLAINTIFF

v.                                              2:09CV00084BSM/JTK

D. RAMSEY, et al.                                                                                        DEFENDANTS

## ORDER

This matter is before the Court on the defendants' motion for summary judgment (Doc. No. 44). As of this date, plaintiff has not filed a response to the motion.  Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file a response to defendants' motion for summary judgment within ten (10) days of the date of this Order.  Failure to respond to this Court's Order shall result in the dismissal without prejudice of the plaintiff's complaint.  See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 8th day of July, 2010.

_____
United States Magistrate Judge