# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**DANIEL BELL,**
**ADC #140330**                                                                                          **PLAINTIFF**

### CASE NO. 2:09cv00084 BSM/JTK

**D. RAMSEY, et al.**                                                                                    **DEFENDANTS**

### ORDER

The proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney have been received. There have been no objections. After carefully considering the proposed findings and recommendations and making a *de novo* review of the record, it is concluded that the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS, THEREFORE, ORDERED that defendants' motion for summary judgment [Doc. No. 44] is hereby GRANTED, and plaintiff's complaint against defendants is DISMISSED without prejudice.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 15th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE