# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**DANIEL BELL,**
**ADC #140330**                                                                      **PLAINTIFF**

**CASE NO. 2:09cv00084 BSM/JTK**

**D. RAMSEY, et al.**                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered today, it is considered, ordered and adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 15th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE